IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DANA G. STEPHENSON, et al, | ) | |
| Defendants. | ) | CR84-L-18 |

IT IS ORDERED that the motion for late filing of attachments, filing 144, is granted, and said attachments, which will be considered a part of the motion to suppress, filing 125, are to be sealed.

Dated September 13, 1984.

BY THE COURT

_____
Chief Judge

FILED
DISTRICT OF NEBRASKA
AT_____M

SEP 1 3 1984

William L. Olson, Clerk
By_____Deputy